IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00288-LTB

PIERRE A. RENOIR,

    Plaintiff,

v.

LARIMER COUNTY, et al., unknown parties,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 12, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 12 day of March, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/T.Lee
                    Deputy Clerk